JUNE 6, 1957

Reap. Dec. 9004.——*Bunge Corporation* v. *United States.* Entered at Houston, Tex. [Not published.] Motion by plaintiff.

OCTOBER 7, 1957

Reap. Dec. 9005.— —*Elliot Import Corp., et al.* v. *United States.* Entered at New York, N. Y. [Not published.] Motion by plaintiffs.